1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12   JULIO CASTILLA,

13                     Plaintiff,                    CASE NO.  C10-5684RJB/JRC

14             v.                                    ORDER DENYING PLAINTIFF'S
                                                     REQUEST FOR APPOINTMENT OF
15   RONALD VAN BOENING, et al.,                     COUNSEL

16                     Defendants.

17

18        This civil rights action has been referred to United States Magistrate Judge J. Richard

19   Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and 636 (b)(1)(B), and Local Magistrate Judge's

20   Rule MJR3 and MJR4.  The matter is before the court on plaintiff's motion for appointment of

21   counsel (ECF No. 9).

22

23        There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.

24   Although the court can request counsel to represent a party, 28 U.S.C. § 1915(e) (1), the court

25   may do so only in exceptional circumstances.  Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th

26   Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616

1   F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both

2   the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro

3   se in light of the complexity of the legal issues involved.  Wilborn, 789 F.2d at 1331.

4       Plaintiff has demonstrated an adequate ability to articulate his claims pro se and has not

5   made an argument regarding the likelihood of success on the merits.  While he mentions an

6   alleged language barrier, the pleadings to date have been understandable.  According, the

7   motion, (ECF No. 9), is **DENIED**.

8       The Clerk's office is directed to send a copy of this order to plaintiff.

9       DATED this 6th day of December, 2010.

10

11

12

13  J. Richard Creatura
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2