1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

12

JULIO CASTILLA,

13                          Plaintiff,                    CASE NO.  C10-5684RJB/JRC

14              v.                                        ORDER

15     RON VAN BOENING et al.,

16                          Defendants.

17          This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate

18     Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrates Judges' Rules MJR

19     1, MJR 3, and MJR 4.

20          Before the court is plaintiff's motion to have defendants Monson and Arnold held in civil

21     contempt for not accepting service (ECF No. 20). Plaintiff asks that the Attorney General' Office

22     be served on behalf of these defendants (ECF No. 20).

23

24          Neither of these defendants received service by mail as the attempt to serve them was

25     returned to court because they no longer work at the facility where service was attempted (ECF

26     No. 11 and 12).  Plaintiff has taken no other steps to perfect service.

Plaintiff argues the Washington State Attorney General is their legal representative. Plaintiff is in error.  Representation by an Assistant Attorney General is addressed in RCW § 4. 92.060, which provides that a state employee must request representation by the Attorney General's Office.  Further, pursuant to RCW § 4.92.070 the Attorney General's Office must find the employees actions were purported to be within the scope of the employment.

There is nothing before the court to show these defendants are aware of this action, nor that they have requested representation.  Accordingly, the motion should be DENIED.

DATED this 2nd day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2