UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIO CASTILLA,

              Plaintiff,

      v.

RONALD VAN BOENING et al.,

             Defendants.

CASE NO. C10-5684RJB/JRC

ORDER

      This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion for an extension of time to respond to a motion to dismiss (ECF No. 36). Two days before this motion was received the court re-noted the motion to dismiss for July 15, 2011 (ECF No. 35). This gives plaintiff a two-month extension of time. Plaintiff fails to show a further extension is needed and the motion is DENIED WITHOUT PREJUDICE.

      DATED this 12th day of May, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1