# United States District Court

## WESTERN DISTRICT OF WASHINGTON

JULIO CASTILLA

v.

RONALD VAN BOENING, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5684RJB

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This action is **DISMISSED WITH PREJUDICE.**  Given the amount of time the action was pending, dismissal without prejudice would not be proper.

September 6, 2011
Date

WILLIAM M. McCOOL
Clerk

s/CM Gonzalez
Deputy Clerk