# United States District Court

WESTERN DISTRICT OF WASHINGTON

JULIO CASTILLA

      v.

RONALD VAN BOENING, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5684RJB

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

This action is **DISMISSED WITH PREJUDICE.** Given the amount of time the action was pending, dismissal without prejudice would not be proper.

| | |
|---|---|
| September 6, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |